```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION

IN RE: JESSE & CHERYL DILLON         )
                                     )
Bank of America, N.A.,               )
         Creditor,                   )
                                     )
   vs.                               ) CASE NO. 11B15485
                                     ) JUDGE Donald R. Cassling
JESSE & CHERYL DILLON,               )
         Debtor                      )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Bank of America, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the April 1, 2012 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of April 18, 2012:

    Late Charges        $44.05

    Total               $44.05

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Bank of America, N.A. rights to collect these amounts will be unaffected.

                              Respectfully Submitted,
                              Bank of America, N.A.

                              /s/Christopher M. Brown__
                              Christopher M. Brown
                              ARDC#6271138
                              Pierce and Associates, P.C.
                              1 North Dearborn
                              Suite 1300
                              Chicago, Illinois 60602
                              (312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RE:  JESSE & CHERYL DILLON | ) |
| | ) CASE NO. 11B15485 |
| Bank of America, N.A., | ) Judge Donald R. Cassling |
| Creditor, | ) |
| vs. | ) |
| | ) |
| JESSE & CHERYL DILLON, | ) |
| Debtor, | ) |

## CERTIFICATE OF SERVICE

I, the undersigned Attorney, Certify that a copy of this Response was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on April 20, 2012, with proper postage prepaid.

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE\*\*\***

Pierce and Associates,
1 North Dearborn
13th Floor
Chicago, IL 60602

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice though ECF**

To Debtor:
JESSE & CHERYL DILLON
49 N. Michigan Avenue
Villa Park, IL 60181
**by U.S. Mail**

To Attorney:
Peter Francis Geraci
55 East Monroe Street, Suite 3400
Chicago, Illinois 60603
**by Electronic Notice though ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North DearbornSuite 1300
Chicago, Illinois 60602
(312) 346-9088

PA11-2260